MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
ONE UNIVERSITY PLAZA,
SUITE 412
HACKENSACK, NJ  07601

Re:  JANE JIN
     410 BRIARWOOD LANE
     NORTHVALE, NJ  07647

Atty:  MOSHIE SOLOMON
      LAW OFFICES OF MOSHIE SOLOMON, P.C.
      ONE UNIVERSITY PLAZA,
      SUITE 412
      HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 17-20822

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,400.00**

## RECEIPTS AS OF 01/14/2022 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/02/2017 | $740.00 | 4011048000 - | 07/05/2017 | $740.00 | 4098928000 - |
| 08/04/2017 | $740.00 | 4183093000 - | 09/07/2017 | $740.00 | 4266719000 - |
| 10/05/2017 | $740.00 | 4341643000 - | 11/06/2017 | $740.00 | 4424219000 - |
| 12/05/2017 | $740.00 | 4496199000 - | 01/08/2018 | $740.00 | 4575287000 - |
| 02/05/2018 | $740.00 | 4651048000 - | 03/05/2018 | $740.00 | 4730374000 - |
| 04/05/2018 | $740.00 | 4811172000 | 05/07/2018 | $740.00 | 4892401000 |
| 06/05/2018 | $740.00 | 4970270000 | 07/06/2018 | $740.00 | 5051204000 |
| 08/07/2018 | $740.00 | 5134782000 | 09/05/2018 | $740.00 | 5208988000 |
| 10/04/2018 | $740.00 | 5287996000 | 11/05/2018 | $740.00 | 5371841000 |
| 12/04/2018 | $740.00 | 5443403000 | 01/04/2019 | $740.00 | 5518255000 |
| 03/07/2019 | $740.00 | 5684966000 | 04/08/2019 | $740.00 | 5764719000 |
| 05/07/2019 | $740.00 | 5843800000 | 06/06/2019 | $740.00 | 5920308000 |
| 07/03/2019 | $740.00 | 5990392000 | 08/07/2019 | $740.00 | 6076634000 |
| 09/06/2019 | $740.00 | 6156038000 | 11/05/2019 | $740.00 | 6311981000 |
| 11/06/2019 | $740.00 | 6311983000 | 12/09/2019 | $740.00 | 6388802000 |
| 01/08/2020 | $740.00 | 6463836000 | 02/05/2020 | $740.00 | 6538141000 |
| 03/06/2020 | $740.00 | 6619679000 | 04/07/2020 | $740.00 | 6696160000 |
| 05/06/2020 | $740.00 | 6773221000 | 06/05/2020 | $740.00 | 6846125000 |
| 07/06/2020 | $740.00 | 6918986000 | 08/24/2020 | $740.00 | 7029316000 |
| 09/08/2020 | $740.00 | 7070616000 | 10/13/2020 | $740.00 | 7154956000 |
| 11/06/2020 | $740.00 | 7215688000 | 12/07/2020 | $740.00 | 7285866000 |
| 01/04/2021 | $740.00 | 7353678000 | 02/05/2021 | $740.00 | 7431860000 |
| 03/05/2021 | $740.00 | 7503470000 | 04/05/2021 | $740.00 | 7579971000 |
| 05/05/2021 | $740.00 | 7650567000 | 06/03/2021 | $740.00 | 7715736000 |
| 07/06/2021 | $740.00 | 7788038000 | 08/04/2021 | $740.00 | 7854735000 |
| 09/03/2021 | $740.00 | 7923232000 | 10/06/2021 | $740.00 | 7995549000 |
| 11/05/2021 | $740.00 | 8064333000 | 12/06/2021 | $740.00 | 8125830000 |

**Chapter 13 Case # 17-20822**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/04/2022 | $740.00 | 8187033000 | | | |

**Total Receipts: $40,700.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $40,700.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | |
| | 10/16/2017 | $48.41 | 789,070 | | | |
| DEPARTMENT STORE NATIONAL BANK | | | | | | |
| | 05/14/2018 | $17.40 | 801,582 | 09/17/2018 | $6.41 | 809,323 |
| | 01/14/2019 | $6.40 | 816,974 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 06/17/2019 | $6.39 | 827,529 | 10/21/2019 | $6.50 | 835,395 |
| | 02/10/2020 | $6.39 | 843,153 | 06/15/2020 | $6.23 | 850,586 |
| | 10/19/2020 | $6.23 | 857,950 | 02/22/2021 | $6.23 | 865,043 |
| | 06/21/2021 | $6.25 | 872,283 | 10/18/2021 | $6.34 | 879,271 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | |
| | 05/14/2018 | $5,111.02 | 802,593 | 05/14/2018 | $2,504.58 | 802,593 |
| | 06/18/2018 | $468.04 | 804,521 | 06/18/2018 | $229.38 | 804,521 |
| | 07/16/2018 | $229.38 | 806,474 | 07/16/2018 | $468.08 | 806,474 |
| | 08/20/2018 | $229.37 | 808,418 | 08/20/2018 | $468.07 | 808,418 |
| | 09/17/2018 | $479.95 | 810,361 | 09/17/2018 | $235.19 | 810,361 |
| | 10/22/2018 | $235.19 | 812,305 | 10/22/2018 | $479.95 | 812,305 |
| | 11/19/2018 | $228.73 | 814,229 | 11/19/2018 | $466.51 | 814,229 |
| | 12/17/2018 | $466.69 | 816,123 | 12/17/2018 | $228.54 | 816,123 |
| | 01/14/2019 | $228.65 | 818,056 | 01/14/2019 | $466.59 | 818,056 |
| | 02/11/2019 | $466.59 | 819,959 | 02/11/2019 | $228.65 | 819,959 |
| | 04/15/2019 | $228.64 | 823,960 | 04/15/2019 | $466.58 | 823,960 |
| | 05/20/2019 | $228.65 | 825,972 | 05/20/2019 | $466.60 | 825,972 |
| | 06/17/2019 | $474.99 | 827,935 | 06/17/2019 | $232.77 | 827,935 |
| | 07/15/2019 | $474.98 | 829,796 | 07/15/2019 | $232.79 | 829,796 |
| | 08/19/2019 | $475.00 | 831,810 | 08/19/2019 | $232.77 | 831,810 |
| | 09/16/2019 | $232.77 | 833,805 | 09/16/2019 | $475.00 | 833,805 |
| | 10/21/2019 | $487.37 | 835,852 | 10/21/2019 | $238.83 | 835,852 |
| | 12/16/2019 | $938.12 | 839,819 | 12/16/2019 | $459.71 | 839,819 |
| | 01/13/2020 | $469.07 | 841,706 | 01/13/2020 | $229.86 | 841,706 |
| | 02/10/2020 | $469.07 | 843,577 | 02/10/2020 | $229.86 | 843,577 |
| | 02/12/2020 | ($469.07) | 841,706 | 02/12/2020 | ($229.86) | 841,706 |
| | 02/12/2020 | $229.86 | 844,232 | 02/12/2020 | $469.07 | 844,232 |
| | 03/16/2020 | $469.06 | 845,505 | 03/16/2020 | $229.86 | 845,505 |
| | 04/20/2020 | $469.06 | 847,448 | 04/20/2020 | $229.86 | 847,448 |
| | 05/18/2020 | $445.31 | 849,274 | 05/18/2020 | $218.22 | 849,274 |
| | 06/15/2020 | $445.31 | 850,960 | 06/15/2020 | $218.22 | 850,960 |
| | 07/20/2020 | $457.68 | 852,792 | 07/20/2020 | $224.29 | 852,792 |
| | 08/17/2020 | $457.68 | 854,641 | 08/17/2020 | $224.28 | 854,641 |
| | 10/19/2020 | $915.37 | 858,341 | 10/19/2020 | $448.57 | 858,341 |
| | 11/16/2020 | $457.68 | 860,123 | 11/16/2020 | $224.28 | 860,123 |
| | 12/21/2020 | $457.68 | 861,970 | 12/21/2020 | $224.28 | 861,970 |
| | 01/11/2021 | $457.69 | 863,682 | 01/11/2021 | $224.29 | 863,682 |
| | 02/22/2021 | $457.68 | 865,485 | 02/22/2021 | $224.28 | 865,485 |
| | 03/15/2021 | $457.68 | 867,226 | 03/15/2021 | $224.28 | 867,226 |
| | 04/19/2021 | $457.68 | 869,009 | 04/19/2021 | $224.28 | 869,009 |
| | 04/19/2021 | ($457.68) | 869,009 | 04/19/2021 | ($224.28) | 869,009 |
| | 04/19/2021 | $457.68 | 869,691 | 04/19/2021 | $224.28 | 869,691 |
| | 05/17/2021 | $457.68 | 870,872 | 05/17/2021 | $224.28 | 870,872 |
| | 06/21/2021 | $465.11 | 872,687 | 06/21/2021 | $227.92 | 872,687 |
| | 07/19/2021 | $465.10 | 874,443 | 07/19/2021 | $227.92 | 874,443 |
| | 08/16/2021 | $465.10 | 876,151 | 08/16/2021 | $227.92 | 876,151 |

**Chapter 13 Case # 17-20822**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/20/2021 | $465.11 | 877,913 | | 09/20/2021 | $227.92 | 877,913 |
| | 10/18/2021 | $465.10 | 879,652 | | 10/18/2021 | $227.92 | 879,652 |
| | 11/17/2021 | $470.05 | 881,354 | | 11/17/2021 | $230.34 | 881,354 |
| | 12/13/2021 | $470.06 | 882,984 | | 12/13/2021 | $230.35 | 882,984 |
| | 01/10/2022 | $470.05 | 884,637 | | 01/10/2022 | $230.34 | 884,637 |
| VERIZON | | | | | | | |
| | 05/14/2018 | $10.89 | 803,160 | | 10/22/2018 | $5.07 | 812,877 |
| | 05/20/2019 | $5.98 | 826,581 | | 10/21/2019 | $5.10 | 836,457 |
| | 03/16/2020 | $5.01 | 846,041 | | 10/19/2020 | $6.80 | 858,858 |
| | 04/19/2021 | $5.88 | 869,553 | | 10/18/2021 | $5.93 | 880,144 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,353.94 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA NA | MORTGAGE ARRE | 48.41 | 100.00% | 48.41 | |
| 0003 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | COSTCO GO ANYWHERE CITICARD | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 45,925.76 | * | 25,137.19 | |
| 0015 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 22,505.41 | * | 12,318.21 | |
| 0019 | VERIZON | UNSECURED | 98.07 | * | 50.66 | |
| 0020 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 156.34 | * | 80.77 | |

**Total Paid:  $39,989.18**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $40,700.00    -    Paid to Claims: $37,635.24    -    Admin Costs Paid: $2,353.94    =    Funds on Hand: $710.82

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.